# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BLUEFIELD

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 1:18-00018

**JAMAAL CRENSHAW**

## MEMORANDUM OPINION AND ORDER

Before the court is Defendant's Motion for Furlough, which requests that the court allow him to attend his daughter's graduation ceremony on Saturday, May 19, 2018. ECF No. 30. The defendant was ordered detained on February 13, 2018 after Magistrate Judge Aboulhosn determined that no conditions or combination of conditions would reasonably assure defendant's appearance at future hearings and reasonably assure the safety of any other person and the community. ECF No. 15. On April 17, 2018, the defendant pled guilty to distribution of a quantity of oxycodone in violation of 21 U.S.C. § 841(a)(1), which carries a maximum imprisonment term of 20 years. ECF No. 27.

The instant motion fails to state whether the United States or the Probation Office takes a position as to whether, under the circumstances, the defendant is a suitable candidate for

release.  After consultation with the Probation Office, the court concludes that the defendant is not a suitable candidate for release due to his history of probation violations and instances of failing to appear for court proceedings.

Moreover, the court rarely grants these types of motions; in large part because of the considerable hardship the request places on the United States Marshals Service.  Based upon the foregoing, the court hereby **DENIES** defendant's motion.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

**IT IS SO ORDERED** this 16th day of May 2018.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge